IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFFERY S. COWGILL**                                                                          **PLAINTIFF**
**ADC #145476**

v.                                            **4:24-cv-01050-BRW**

**ROBERT PIERCE,**
**Deputy Warden, ADC,** *et al.*                                                                **DEFENDANTS**

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe, and Plaintiff's objections (Doc Nos. 4, 7). After reviewing the record *de novo*, I adopt the Recommendation in its entirety.

Therefore, the Complaint (Doc. 2) is DISMISSED without prejudice for failing to state a claim upon which relief may be granted. In the future, dismissal of this action should be counted as a strike under 28 U.S.C. § 1915(g). I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 27th day of December, 2024.

                        Billy Roy Wilson
                        UNITED STATES DISTRICT JUDGE